THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Matthew
 Sanders, Appellant.
 
 
 
 
 

Appeal From Aiken County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2010-UP-236
 Submitted March 1, 2010  Filed April 12,
2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 Teresa A. Knox, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Matthew
 Sanders appeals his probation revocation, arguing the probation court erred by
 revoking his probation without finding the violations willful.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
SHORT, WILLIAMS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.